IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LOCHNER TECHNOLOGIES, LLC,<br><br>                                 **Plaintiff,**<br><br>  v.<br><br>LENOVO (UNITED STATES) INC.;<br>GENERAL DYNAMICS CORPORATION;<br>HITACHI AMERICA, LTD.; NCR<br>CORPORATION; HP ENTERPRISE<br>SERVICES, LLC; GARMIN<br>INTERNATIONAL, INC.; INGRAM<br>MICRO INC.; SYNNEX CORPORATION;<br>and TECH DATA CORPORATION<br><br>                                 **Defendants** | CIVIL ACTION NO. 2:10-CV-430-TJW<br><br>JURY TRIAL DEMANDED |

**DEFENDANT HEWLETT-PACKARD ENTERPRISE SERVICES, LLC CO.'S
CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant HP Enterprise Services, LLC Company ("HPES") states that it is a wholly-owned subsidiary of Hewlett-Packard Company.

Dated: December 22, 2010

| | |
|---|---|
| December 22, 2010 | Respectfully Submitted,<br><br>By: */s/ Christine Saunders Haskett*<br>Christine Saunders Haskett<br>CA Bar No. 188053<br>Danielle L. Goldstein<br>CA Bar No. 257486<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-7000 |

1

           Facsimile:  (415) 955-6504
           Email:  haskettcs@cov.com
              dgoldstein@cov.com

           Jennifer Parker Ainsworth
           WILSON, ROBERTSON & CORNELIUS
           909 ESE Loop 323, Ste 400
           P.O. Box 7339
           Tyler, Texas 75701
           Telephone: 903.509.5000
           Fax: 903.509.5092
           Email: jainsworth@wilsonlawfirm.com

           Attorneys for Defendant
           **HP ENTERPRISE SERVICES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

Dated: December 22, 2010

\s\ *Christine Haskett*