**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LOCHNER TECHNOLOGIES, LLC.,**<br><br>    **Plaintiff,**<br><br>          v.<br><br>**LENOVO (UNITED STATES) INC.;**<br>**GENERAL DYNAMICS CORPORATION;**<br>**HITACHI AMERICA, LTD.;**<br>**NCR CORPORATION;**<br>**HP ENTERPRISE SERVICES, LLC;**<br>**GARMIN INTERNATIONAL, INC.;**<br>**INGRAM MICRO INC.;**<br>**SYNNEX CORPORATION; and**<br>**TECH DATA CORPORATION,**<br><br>    **Defendants.** | **Civil Action No.: 2:10-cv-430**<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Lochner Technologies, LLC's ("Lochner") Unopposed Motion for Extension of Time to Respond to Garmin's Motion to Dismiss Plaintiff's Direct and Indirect Infringement Claims.

Finding the motion well taken, the Court hereby GRANTS the motion. Lochner shall have up to and including January 6, 2011 to file its response.

SO ORDERED.

SIGNED this 3rd day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE