**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LOCHNER TECHNOLOGIES, LLC.,**<br><br>    **Plaintiff,**<br><br>                v.<br><br>**LENOVO (UNITED STATES) INC.;<br>GENERAL DYNAMICS CORPORATION;<br>HITACHI AMERICA, LTD.;<br>NCR CORPORATION;<br>HP ENTERPRISE SERVICES, LLC;<br>GARMIN INTERNATIONAL, INC.;<br>INGRAM MICRO INC.;<br>SYNNEX CORPORATION; and<br>TECH DATA CORPORATION,**<br><br>    **Defendants.** | **Civil Action No.: 2:10-cv-430**<br><br><br><br>**JURY TRIAL DEMANDED** |

## ORDER

In consideration of Plaintiff Lochner Technologies, Inc. and Defendant Garmin International, Inc.'s Stipulated Motion for Dismissal of all claims Without Prejudice asserted against Defendant Garmin International, Inc., the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed Without Prejudice.

It is further ORDERED that Defendant's Motion to Dismiss Plaintiff's Direct and Indirect Infringement Claims against Lochner Technologies, LLC, (Dkt. 35) is DENIED as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 11th day of January, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE